UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

TONY THURBER,

        Plaintiff,

v.

ARBOR LODGINGS PARTNERS LLC,

        Defendant.

Civil No 23-195 (JRT/TNL)

**ORDER FOR DISMISSAL WITH PREJUDICE**

_____

Joseph Kanee, **MARCUS & ZELMAN LLC,** 4000 Ponce De Leon, Suite 470, Coral Gables, FL 33146, Ryan D. Peterson, **PETERSON LEGAL, PLLC,** 6600 France Avenue, Suite 602, Edina, MN 55435, for plaintiff.

Alyssa Marie Goehring, Conner Tieszen, Tina Syring-Petrocchi, **LEWIS BRISBOIS BISGAARD & SMITH LLP,** 90 S. 7th Street, Suite 2800, Minneapolis, MN 55402, for defendant.

The Court having been advised that the above action has settled,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 30, 2024                                                                                      s/John R. Tunheim
at Minneapolis, Minnesota                                                                    JOHN R. TUNHEIM
                                                                                                   United States District Judge